# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

KEYONDRA WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3484

———————————————

December 1, 2023

Appeal from the Circuit Court for Pinellas County; William H. Burgess, III, Judge.

J. Andrew Crawford of J. Andrew Crawford, P.A., St. Petersburg, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and BLACK, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.